# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HULLON, | Case No. 1:25-cv-00183-EPG-HC |
| Petitioner, | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA |
| v. | |
| GUNTHER, | |
| Respondent. | |

Petitioner Ashley Hullon is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 6, 2025, Petitioner filed the instant petition for writ of habeas corpus, challenging the denial of First Step Act eligibility and application of credits. (ECF No. 1 at 2.[1]) For federal prisoners, "petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court." Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000). Here, Petitioner requests that the Court order the Federal Bureau of Prisons to apply all earned First Step Act credits to her sentence computation, and Petitioner is currently housed at the Federal Correctional Institution in Phoenix, Arizona. (ECF No. 1 at 7, 1.) As Petitioner is challenging the execution of her sentence, the petition must be

---

[1] Page numbers refer to ECF page numbers stamped at the top of the page.

1

heard in the custodial court, which is the District of Arizona. Therefore, this action will be transferred. See 28 U.S.C. § 1631 (allowing transfer to cure want of jurisdiction).

Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the District of Arizona.

IT IS SO ORDERED.

Dated:   **February 28, 2025**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

2